**Opinion filed June 18, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00096-CV

_____

## IN THE INTEREST OF J.A.M., A CHILD

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM57813**

## M E M O R A N D U M   O P I N I O N

Appellant, the Office of the Attorney General of Texas, has filed in this court an unopposed motion to dismiss the appeal as moot. In the motion, Appellant requests that this appeal be dismissed so that the suit can be refiled under recently passed legislation. *See* TEX. R. APP. P. 42.1(a)(1). Appellant has certified that the opposing party does not oppose the motion.

The motion is granted, and the appeal is dismissed.

June 18, 2015                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.